# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:06cr274 SNL |
| | ) | |
| MISAEL BENITEZ, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This is before the Court on Defendant Misael Benitez's pretrial motion to suppress evidence and statements (#22), filed May 17, 2006. United States Magistrate Judge Audrey G. Fleissig issued a Report and Recommendation on July 10, 2006, and Benitez filed his objection to said report on July 21, 2006. Upon review, the Court agrees with Judge Fleissig's conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#28) is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Physical Evidence (#22) be **DENIED**.

Dated this 24th day of July, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE